UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                               :

DISTRICT COUNCIL NO. 9 INTERNATIONAL    :
UNION OF PAINTERS AND ALLIED TRADES,   :
A.F.L.-C.I.O.,                                   :           19-CV-11358 (JMF)
                                               :
                 Petitioner,             :                ORDER
                                             :
        and                                 :
                                             :
                                           :
PHOENIX INTERIOR CONTRACTING CO., INC. a/k/a :
PHOENIX INTERIOR CONTRACTING,           :
                                           :
                 Respondent.           :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 12, 2019, Petitioner filed a petition to confirm an arbitration award.

Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary

judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly,

it is hereby ORDERED that Petitioner shall file and serve any additional materials with which it

intends to support its petition to confirm by **January 6, 2020**. Respondent's opposition, if any,

is due on **January 20, 2020**. Petitioner's reply, if any, is due **February 3, 2020**.

      Petitioner shall serve the petition and all supporting papers, as well as this Order, upon

Respondent electronically and by overnight mail no later than **January 6, 2020**, and shall file an

affidavit of such service with the Court no later than **January 7, 2020**.

      SO ORDERED.

Dated: December 16, 2019
     New York, New York                           JESSE M. FURMAN
                                          United States District Judge