UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

District Council No. 9 International Union of Painters and Allied Trades, A.F.L.-C.I.O.,

          Petitioners,

-against-

Phoenix Interior Contracting Co. Inc., a/k/a. Phoenix Interior Contracting,

          Respondent.

Index No.: 19 –CIV-11358 (JMF)

JUDGMENT

---

This action having been commenced on December 12, 2019 by the filing of the Petition, and a copy of the Summons and Petition having been served on the Respondent Phoenix Interior Contracting Co., a/k/a Phoenix Interior Contracting on December 13, 2019 via Secretary of State and said Proof of Service having been filed with the Clerk of the Court on December 18, 2019 and the Respondent not having appeared, answered or otherwise moved with respect to the Petition within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

**ORDERED, ADJUDGED AND DECREED**: that the Petitioner has judgment against Respondent in the liquidated amount of Forty Eight Thousand Ninety Six Dollars ($48,096.00), which includes the following: Decision and Award of the Joint Trade Committee amount due and owing in the sum of $44,000.00, attorney's fees in the sum of $3,630.00 and court costs and disbursements in the sum of $466.00.

**ORDERED**, that the Judgment rendered by the Court on this day in favor of the Petitioners be entered as a final judgment against the Respondent and the Clerk of the Court is directed to enter such judgment forthwith.

1

Dated: New York, New York
January 27, 2020

Petitioner is directed to serve a copy of this Order on Respondent by overnight courier **within two business days of the date of this Order**, and file proof of service within **one business day of service**. The Clerk of Court is directed to close the case.

So Ordered:

_____
Honorable Jesse M. Furman, U.S.D.J.